**Order entered April 20, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00401-CV

## LRF1 DALLAS LOGISTICS 1 LLC, Appellant

## V.

## CITY OF CARROLLTON AND BRETT KING, BUILDING OFFICIAL OF THE CITY, IN HIS OFFICIAL CAPACITY, Appellees

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-09123

### ORDER

Before the Court is appellant's April 16, 2020 unopposed motion to extend the deadline for filing its brief. Appellant explains the parties are involved in settlement discussions.

We **GRANT** the motion and **ORDER** appellant to file, no later than May 8, 2020, a motion to dismiss, a status report, or its brief on the merits.

/s/    ERIN A. NOWELL
           JUSTICE